*E-Filed 8/7/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REABERT C. GILCHRIST, | No. C 12-5369 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 23) is GRANTED.  Such motion or a notice regarding such motion shall be filed on or before October 14, 2013.  The Clerk shall terminate Docket No. 23.

**IT IS SO ORDERED**.

DATED: August 6, 2013

RICHARD SEEBORG
United States District Judge

No. C 12-5369 RS (PR)
ORDER EXTENDING TIME