*E-Filed 11/14/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REABERT C. GILCHRIST,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-5369 RS (PR)<br><br>**ORDER DIRECTING MARSHAL TO SERVE COPY OF SUMMONS AND COMPLAINT ON B. ZELTMANN;**<br><br>**ORDER STAYING DISCOVERY** |

One defendant, B. Zeltmann, a dining facility staff member, remains unserved. As directed by this Court, plaintiff has provided what he believes is Zeltmann's current address, that is, at Solano State Prison. His motion to serve the complaint on this defendant (Docket No. 42) is GRANTED. The Clerk of the Court shall issue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint in this matter, all attachments thereto, and a copy of this order (and the order of service, Docket No. 9) upon Brian Zeltmann at Solano State Prison. The Clerk shall also mail courtesy copies of the complaint and this order (and the order of service, Docket No. 9) to the California Attorney General's Office.

Defendants' motion to stay discovery (Docket No. 41) until their motion to dismiss has been decided is GRANTED. The Clerk shall terminate Docket Nos. 41 and 42.

**IT IS SO ORDERED**.

DATED: November 14, 2013

                                        RICHARD SEEBORG
                                     United States District Judge